Certificate Number: 05781-LAW-DE-041580124

Bankruptcy Case Number: 21-10675

05781-LAW-DE-041580124

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2026, at 10:17 o'clock AM PDT, Kimberly Williams-Henry completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Louisiana.

Date: October 20, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President